**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

---

**ROBERT SULLIVANT JR.,**

      **Plaintiff,**

**v.**                                       **Case No. 3:25-cv-289-MPM-JMV**

**SWAYZE ALFORD, JUDGE ROBERT WHITWELL,**
**DR. FRANK PERKINS, MIKE ROBERTS,**
**HALE FREELAND, JUDGE LAWRENCE LITTLE,**
**HOLCOMB DUNBAR, PLLC and**
**JOHN AND JANE DOES 1-10,**

      **Defendants**

---

### DEFENDANT ROBERT Q. WHITWELL'S MOTION TO DISMISS FOR LACK OF JURISDICTION AND FOR FAILURE TO STATE A CLAIM

Defendant Judge Robert Q. Whitwell ("Judge Whitwell") moves to dismiss the Complaint [Doc. 1] of Plaintiff Robert Sullivant, Jr. ("Sullivant"), for lack of jurisdiction and for failure to state a claim. In support, Judge Whitwell states as follows:

1. Sullivant's claims of wrongdoing lack any factual basis and this Court's lack of jurisdiction and Judge Whitwell's absolute judicial immunity bar this Court from taking any action with respect to those claims. Judge Whitwell participated in the chancery court matter only in his judicial capacity, and this Court should dismiss Sullivant's claims against Judge Whitwell in their entirety.

2. This Court should decline to exercise jurisdiction over Sullivant's re-litigation of the state court proceedings.

3. The *Younger* abstention doctrine bars jurisdiction when ongoing state court proceedings exist.

4. The *Rooker-Feldman* doctrine bars jurisdiction over final state court judgments.

5. Absolute judicial immunity bars Sullivant's claims against Judge Whitwell.

6. The Eleventh Amendment bars claims against state court judges.

7. Qualified immunity bars Sullivant's Section 1983 claim.

8. Sullivant cites no plausible federal violation in support of his Section 1983 claim.

9. Sullivant's shotgun pleading does not sufficiently assert a claim against Judge Whitwell under Federal Rule of Civil Procedure 8.

10. Sullivant fails to state a plausible RICO claim and failed to file a RICO Statement in support of his Complaint. His Complaint likewise fails to include the information required by Local Rule 83.8.

11. The Mississippi Tort Claims Act procedurally and substantively bars Sullivant's state law claims, if any, against Judge Whitwell.

12. In further support of his Motion, Judge Whitwell relies on the arguments and authorities in his accompanying memorandum brief, the pleadings and papers filed of record in this matter, and the following exhibits:

Exhibit A - Chancery Court Complaint (*Sullivant, Sr. v Sullivant, Jr.*, 2021-612);

Exhibit B - Compilation of Judge Whitwell's Orders;

Exhibit C - Chancery Court Docket;

Exhibit D - Motion for Recusal of Judge Whitwell; and

Exhibit E - Order on Motion for Contempt (Sept. 9, 2025).

FOR THESE REASONS, Judge Whitwell requests this Court dismiss this action against him. Judge Whitwell does not waive and expressly reserves all rights, claims, and defenses

2

related to this action. Judge Whitwell requests such other relief as the Court deems appropriate under the circumstances.

THIS, the 6th day of November 2025.

Respectfully submitted,

**JUDGE ROBERT WHITWELL**

*/s/ J. Andrew Mauldin*
J. CAL MAYO, JR. (MB NO. 8492)
J. ANDREW MAULDIN (MB NO. 104227)
*Attorneys for Defendant Judge Robert Whitwell*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055 | Fax: (662) 236-0035
*cmayo@mayomallette.com*
*dmauldin@mayomallette.com*

3

**CERTIFICATE OF SERVICE**

I, J. Andrew Mauldin, one of the attorneys for Defendant Judge Robert Q. Whitwell, certify that I have electronically filed this document with the Clerk of the Court using the ECF system which sent notification of such filing to all attorneys of record. I further certify that I have served a true and correct copy of this document via electronic mail and U.S. Mail, postage prepaid, to the following:

> Robert Sullivant, Jr.
> 1002 Crawford Cir.,
> Oxford, MS 38655
> Email: *robert@steelandbarn.com*
> Plaintiff (PRO SE)

THIS, the 6th day of November 2025.

*/s/ J. Andrew Mauldin*
J. ANDREW MAULDIN