**IN THE UNITED STATES COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

ROBERT SULLIVANT JR.,                                           PLAINTIFF

v.                                                           CAUSE NO. 3:25-cv-289-SA-JMV

SWAYZE ALFORD, JUDGE ROBERT
WHITWELL, DR. FRANK PERKINS, MIKE
ROBERTS, HALE FREELAND, JUDGE
LAWRENCE LITTLE, HOLCOMB DUNBAR,
PLLC., and
JOHN AND JANE DOES 1-10                                         DEFENDANTS

---

**APPLICATION FOR APPROVAL OF FEES**
**AND EXPENSES INCURRED BY DR. PERKINS**

---

COMES NOW, Dr. Frank Perkins, by and through undersigned counsel, pursuant to the Court's order and opinion of February 9, 2026 (Dkt 84) and files his *Application for Approval of Fees and Expenses Incurred by Dr. Perkins*. In support thereof, Debtor would show:

1.  This *Application for Approval of Fees and Expenses Incurred by Dr. Perkins* is a request for approval of the fees of Freeland Martz, PLLC, in the total amount of $14,874.39 in fees representing 64.9 hours of Attorney work at the rate of $300.00 an hour, and paralegal work at the rate of $135.00 per hour. Attached hereto and made a part hereof as Exhibit A are the itemized statements of services rendered by J. Hale Freeland and his paralegal from October 24, 2025, through January 14, 2026. The undersigned submits that the time reflected was reasonable and necessary in the proper representation of the Debtor in this proceeding. Clerical time, for example, is not charged.

2. The undersigned has been licensed and has practiced law in courts in Mississippi (1986), Tennessee (1992), and Missouri (2020), following service as a law clerk to Mississippi Supreme Court Justice Hon. Armis Hawkins and United States District Court Judge Hon. Neal Biggers since August 1989. The undersigned attests that the rates charged to other clients during the time period involved are comparable, and the time expended was reasonable in light of the undersigned's experience, the issues, and the complexity of the matter. The Complaint and motions filed concerned allegations of constitutional law, complex federal statutes, and state law, including issues of collateral estoppel and a unique and unprecedented attempt to apply the applicable law, which required a nationwide search for analogies and cases.

3. Through its efforts, Freeland Martz, PLLC favorably resolved litigation in which the Court found that the Plaintiff's "attempts to overturn the Chancery Court's decision were frivolous, making his entire federal suit against the Defendants patently meritless." (Court's Opinion at p. 10, Dkt 84).

WHEREFORE, PREMISES CONSIDERED, Dr. Frank Perkins, prays that the Court will approve the *Application for Approval of Fees Incurred by Dr. Perkins* in the total amount of $14,874.39 and enter the same as a final judgment, herein.

This the 17th day of February, 2026.

Respectfully submitted,

/s/ J. Hale Freeland
J. Hale Freeland, MSB No. 5525
FREELAND MARTZ, PLLC
302 Enterprise Drive, Suite A
Oxford, Mississippi 38655
662.234.1711
hale@freelandmartz.com
COUNSEL FOR DR. FRANK PERKINS

3

## CERTIFICATE OF SERVICE

I, J. Hale Freeland, on behalf of Dr. Frank Perkins, do hereby certify that I have, on this day, filed the above and foregoing *Application for Approval of Fees and Expenses Incurred by Dr. Perkins, v*ia ECF, which provides copies to all counsel on record.

In addition, I have caused the document to be sent by electronic mail to Robert Sullivant Jr. at robert@steelandbarn.com.

This the 17th day of February, 2026.

/s/ J. Hale Freeland
J. HALE FREELAND