**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT SULLIVANT JR.**                                                                                  **PLAINTIFF**


**VS.**                                                                    **CIVIL ACTION NO.: 3:25-cv-289-SA-JMV**


**SWAYZE ALFORD, JUDGE ROBERT WHITWELL,
DR. FRANK PERKINS, MIKE ROBERTS,
HALE FREELAND, JUDGE LAWRENCE LITTLE,
HOLCOMB DUNBAR, PLLC, AND
JOHN AND JANE DOES 1-10**                                                    **DEFENDANTS**

---

**DEFENDANT HOLCOMB DUNBAR, PLLC' S
MOTION FOR APPROVAL OF EXPENSES AND REASONABLE ATTORNEYS' FEES**

---

Defendant, Holcomb Dunbar, PLLC ("Holcomb Dunbar" or "Defendant"), by and through its undersigned counsel of record, files this *Motion for Approval of Expenses and Reasonable Attorneys' Fees* would show unto the Court as follows:

**PROCEDURAL BACKGROUND**

Plaintiff Robert Sullivant, Jr. filed his Complaint against the Defendants on September 29, 2025, asserting claims against the Defendants pursuant to the Racketeer Influenced and Corrupt Organizations Act (RICO), as well as claims pursuant to 42 U.S.C. § 1983 for alleged violations of his First, Fourth, and Fourteenth Amendment rights. *See* Doc [1].  On November 10, 2025, Defendant Holcomb Dunbar timely filed their Motion to Dismiss, seeking dismissal of Plaintiff's claims in their entirety and requesting an award of attorneys' fees and costs incurred as a result of defending against the action. *See* Doc. [30], at p. 2.

On February 9, 2026, the Court entered its Order and Memorandum in Opinion granting Defendants' Motion to Dismiss for lack of subject matter jurisdiction.  The Court found that

1

sanctions were warranted under 28 U.S.C. § 1927 and awarded Defendants the entire cost of defense. The Court instructed Defendants to submit, within ten (10) days, a calculation of the reasonable expenses and attorneys' fees accrued in defending the claims in federal court. *See* Doc. [84], p. 10-11.

Defendant now submits that calculation as directed.

### CALCULATION OF REASONABLE EXPENSES AND ATTORNEYS' FEES

In defending this matter in federal court, Defendants incurred a total of 124.20 hours of attorney time, resulting in fees of $25,792.00. These fees were incurred by Sean Mount, General Partner, at an hourly rate of $250.00, and Eric Granberry, Associate, at an hourly rate of $195.00. The contemporaneously recorded billing statements reflecting the time expended and work performed are attached as Exhibit A.

Sean P. Mount has been licensed to practice law in Louisiana since 2001 and in Mississippi since 2003. His hourly rate of $250.00 is comparable to rates customarily charged in this District for attorneys of similar experience handling federal civil litigation.

Eric T. Granberry has been licensed to practice law in Mississippi since 2020 and in Louisiana since 2024. His hourly rate of $195.00 is likewise consistent with prevailing market rates for associates with comparable experience.

The 124.20 hours expended were reasonably necessary in light of the issues presented, the motion practice required, and the procedural posture of the case. The time entries reflect work directly related to defending against Plaintiff's claims in federal court, and no clerical or administrative time is included in the amount sought.

**<u>CONCLUSION</u>**

Pursuant to the Court's February 9, 2026, Order and Memorandum in Opinion, which dismissed Plaintiff's claims as patently meritless and awarded Defendants the entire costs of defense under 28 U.S.C. § 1927, Defendants respectfully request that the Court fix the amount of reasonable attorney's fees incurred in defending this action at $25,792.00. This amount reflects the reasonable and necessary fees incurred in obtaining dismissal of Plaintiff's meritless claims and securing a favorable result for Defendants. Defendants further request that the Court enter judgment in that amount as a final judgment in favor of Defendants.

**RESPECTFULLY SUBMITTED**, this the 19 February 2026.

Respectfully Submitted:

_____*/s/ Sean P. Mount*_____
Sean P. Mount (MS #101507)
smount@deutschkerrigan.com
Eric T. Granberry (MS #106113)
egranberry@deutschkerrigan.com
**DEUTSCH KERRIGAN, LLP**
2510 14th St., Suite 1001
Gulfport, MS 39501
Phone: 228-864-0161
Counsel for Defendant, Holcomb Law
Group, improperly named as Holcomb
Dunbar, PLLC

## **<u>CERTIFICATE OF SERVICE</u>**

I, Sean P. Mount, hereby certify that I have this day filed the above and foregoing document with the Clerk of this Court using the CM/ECF filing system which will send notification of same to all counsel/parties of record.

This, the 19 February 2026.

*/s/ Sean P. Mount*