**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**ROBERT SULLIVANT JR.**                                    **PLAINTIFF**

**V.**                             **CIVIL ACTION NO.:3:25-CV-289-SA-JMV**

**SWAYZE ALFORD, JUDGE ROBERT WHITWELL,**
**DR. FRANK PERKINS, MIKE ROBERTS,**
**HALE FREELAND, JUDGE LAWRENCE LITTLE,**
**HOLCOMB DUNBAR, PLLC, AND**
**JOHN AND JANE DOES 1-10**                           **DEFENDANTS**

### APPLICATION FOR APPROVAL OF FEES
### AND EXPENSES INCURRED BY SWAYZE ALFORD

COMES NOW, Swayze Alford ("Mr. Alford"), by and through undersigned counsel, pursuant to the Court's Memorandum Opinion [Doc. 84] and files this his *Application for Approval of Fees and Expenses Incurred by Swayze Alford*. In support thereof, Mr. Alford would show:

1. Through its efforts, Phelps Dunbar LLP, favorably resolved the above-styled litigation on behalf of Mr. Alford. In its recent Memorandum Opinion, the Court found that the Plaintiff's "attempts to overturn the Chancery Court's decision were frivolous, making his entire federal suit against the Defendants patently meritless." [Doc. 84]. As such, the Court found the Plaintiff's conduct was sanctionable under §1927—sanctioning Plaintiff for the entire cost of defense and allowing all Defendants 10 days to file a calculation of their reasonable expenses and attorney's fees accrued in defending Mr. Sullivant's claims in federal court. *Id.*

2. As such, Phelps Dunbar LLP calculates it accrued the total amount of $12,502.50 in attorneys fees in this matter from October 22, 2025 through November 30, 2025. *See* itemized statements of services rendered by Phelps Dunbar LLP from October 22, 2025, though November 30, 2025 attached hereto as **Exhibit A**. As is evident from the statements, partners

PD.60794854.1

billed at a rate of $225 an hour, associates billed at a rate of $185 an hour, and paralegals billed at the rate of $100 an hour. The undersigned submits that the time reflected was reasonable and necessary in the proper representation of Mr. Alford in this matter.

3. Mark N. Halbert and Lauren R. McCrory of Phelps Dunbar LLP have been licensed and have practiced law in courts in Mississippi since 2000 and 2008, respectively. The undersigned attests that the rates charged to other clients during the time period involved are comparable, and the time expended was reasonable in light of the undersigned's experience, the issues, and the complexity of the matter. The Complaint and motions filed concerned allegations of constitutional law, complex federal statutes, and state law, including issues of collateral estoppel and a unique and unprecedented attempt to apply the applicable law, which required a nationwide search for analogies and cases.

WHEREFORE, PREMISES CONSIDERED, Swayze Alford prays that the Court will approve the *Application for Approval of Fees Incurred by Swayze Alford* in the total amount of $12,502.50 and enter the same as a final judgment, herein. Swayze Alford further requests any such alternative relief this Court may deem proper.

–2–

RESPECTFULLY SUBMITTED, this the 19th day of February, 2026.

BY: */s/Lauren R. McCrory*
    Mark N. Halbert (MSB#: 100048)
    PHELPS DUNBAR LLP
    105 East Main Street, Suite 201
    Tupelo, Mississippi 38804
    Post Office Box 1220
    Tupelo, Mississippi 38802-1220
    Telephone: (662) 842-7907
    Facsímile: (662) 842-3873
    E-Mail: mark.halbert@phelps.com

    Lauren R. McCrory (MSB#: 102976)
    PHELPS DUNBAR LLP
    2602 13th Street, Suite 300
    Gulfport, Mississippi 39501
    Telephone: 228 679 1130
    Facsimile: 228 679 1131
    Email: lauren.mccrory@phelps.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date filed the above and foregoing document using the ECF filing system which sent notification of same to all counsel of record. In addition, I have caused the document to be sent by electronic mail to Robert Sullivant Jr. at robert@steelandbarn.com.

THIS the 19th day of February, 2026.

    */s/Lauren R. McCrory*
    Lauren R. McCrory

–3–

PD.60794854.1