**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

---

**ROBERT SULLIVANT JR.,**

      **Plaintiff,**

**v.**                                                                 **Case No. 3:25-cv-289-MPM-JMV**

**SWAYZE ALFORD, JUDGE ROBERT WHITWELL,
DR. FRANK PERKINS, MIKE ROBERTS,
HALE FREELAND, JUDGE LAWRENCE LITTLE,
HOLCOMB DUNBAR, PLLC and
JOHN AND JANE DOES 1-10,**

      **Defendants**

---

**MOTION FOR APPROVAL OF FEES AND EXPENSES
BY JUDGE ROBERT Q. WHITWELL**

Defendant Judge Robert Q. Whitwell ("Judge Whitwell") requests this Court to direct payment by Plaintiff of his attorney fees and expenses incurred in this matter as provided in the Court's Memorandum Opinion [84]:

1. This Motion is a request for approval of the fees charged by Mayo Mallette, PLLC, in the defense of Judge Robert Whitwell in this matter as determined by the Court. *Id.*; *see also* Order [86] at n. 1.

2. For services performed in this matter, Mayo Mallette charged an hourly rate of $400.00 for J. Cal Mayo, Jr. and Paul B. Watkins, Jr., $350.00 for J. Andrew Mauldin, and $100.00 for paralegal services.

3. The amount of the attorney fees requested by Judge Whitwell is derived from the invoices submitted in support of this Motion and additional time incurred but not yet billed shown on the attached activities report. Judge Whitwell requests an award of $33,834.45 for fees billed

for services through December 31, 2026, and $3,310.00 for fees since incurred but not yet billed. Those amounts account for 109.9 hours billed though January 31, 2026 (less adjustments shown), and for 11.4 hours for additional time incurred from February 1, 2026 but not yet billed. In all, Judge Whitwell seeks $37,144.45 in recoverable attorney fees.

4.      Mayo Mallette also billed an additional $325.80 for expenses incurred related to this litigation, as reflected in the attached invoices.

5.      The fees and expenses for which Judge Whitwell seeks recovery were reasonable and necessary under the circumstances and were required to obtain dismissal of Plaintiff's claims.

6.      This matter was complicated by the overlapping and shotgun nature of Plaintiff's claims against Defendants, Plaintiff's refusal to withdraw or abandon his claims despite their lack of legal or factual support, the lengthy procedural history of related proceedings involving Plaintiff and Defendants, and the numerous defenses and objections applicable to Plaintiff's claims against Judge Whitwell. The amount of time Mayo Mallette spent on this case appropriately reflects the time and skill required to prepare these filings. The charges for the work of attorneys and paralegals of Mayo Mallette were commensurate with the work performed.

7.      In support, Judge Whitwell relies on the Declaration of J. Andrew Mauldin and the accompanying invoices and account statement of Mayo Mallette, PLLC (Exhibit 1 to this Motion).

8.      For these reasons, Judge Whitwell requests an award of $37,470.25 in reasonable fees and costs in defending this action.

Dated: February 19, 2026.

2

Respectfully submitted,

**JUDGE ROBERT Q. WHITWELL**

*s/ J. Andrew Mauldin*
J. CAL MAYO, JR. (MB NO. 8492)
J. ANDREW MAULDIN (MB NO. 104227)
*Attorney for Defendant Judge Robert Q. Whitwell*

OF COUNSEL:

MAYO MALLETTE PLLC
2094 Old Taylor Road, Suite 200
Oxford, Mississippi 38655
Tel: (662) 236-0055 | Fax: (662) 236-0035
*cmayo@mayomallette.com*
*dmauldin@mayomallette.com*