**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

**ROBERT SULLIVANT, JR.**                                                           **PLAINTIFF**

**v.**                                                                    **No. 3:25-cv-00289-MPM-JMV**

**SWAYZE ALFORD,** *et al.*                                                      **DEFENDANTS**

**JUDGMENT**

For the reasons set forth in this Court's order entered this date, this Court's previous order [84] dismissing Mr. Sullivant's claims, the related Motions for Attorney Fees [87], [88], [89], [90], [91] having been **GRANTED**, it is hereby ordered that Mr. Sullivant's claims are **DISMISSED WITHOUT PREJUDICE** and Dr. Perkins' and Mr. Freeland's counterclaims pursuant to 28 U.S.C. § 1927 against Mr. Sullivant are **GRANTED**. The following Defendants are given leave to collect their requested attorney fees and expenses from Mr. Sullivant: Dr. Frank Perkins in the amount of $14,874.39; Mr. Hale Freeland in the amount of $11,503.50; Holcomb Dunbar, PLLC in the amount of $25,792.00; Mr. Swayze Alford in the amount of $12,502.50; and Judge Robert Q. Whitwell in the amount of $37,144.45. This case is hereby **CLOSED**.

This is the 13th day of April, 2026.

/s/Michael P. Mills
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI